61 - 15 - 00180 - CR

IN THE COURT OF APPEALS

SIXTH DISTRICT

TEXARKANA, TEXAS

FILED IN
The Court of Appeals
Sixth District

OCT 1 5 2015

Texarkana, Texas
Debra K. Autrey, Clerk

| | |
|---|---|
| Jack H. Meyer, Pro Se, <u>MOVANT</u> | § |
| | § |
| vs. | §CAUSE # 2014-0801-ccl, 2015-9859-CCL |
| | §CAUSE # 41-72002, 41-72003, 41-73221 |
| THE STATE OF TEXAS | § HCJP 4-1 |
| HARRISON CO. COURT AT LAW | § |
| HARRISON CO. JP COURT Prct 4, Place1 | § |
| HARRISON CO. DISTRICT ATTORNEY | § |
|     <u>RESPONDENT</u> | § |

---

## PETITION FOR WRIT OF MANDAMUS

---

TO THE HONRABLE JUSTICES OF SAID COURT:

Comes now Jack H. Meyer, of 403 Houston st. Jefferson, Texas 75657,and petition this court to issue a Writ of Mandamus pursuant to <u>Rule 72.1 & 72.2 of Texas Rules of Appellate Procedures, 9/1/06</u> to the movant, Jack H. Meyer, ordering the presiding Judge of Harrison County Court at Law, Mr. Joe Black, and the presiding Harrison County Justice of the Peace of Prct. 4, Place 1, Ms Nancy Schnorbus George, and Harrison County District Attorney, Mr. Coke Soloman to complete without delay their ministerial duty to prove their jurisdiction challenged by the movant in pre-trials and trials or, dismiss all causes against him and return all bonds paid by him in these matters immediately.

## ISSUES PRESENTED

I.     Failure of accuser to prove Constitutional jurisdiction when challenged by the Sovereign.

II.     Failure of court to prove Constitutional jurisdiction when challenged by the Sovereign.

III.     Willful denial by the court of the, authority by right, of the Sovereign to challenge The administrative and Judicial Jurisdiction of the courts.

IV.     The intentional failures of the courts to carry out a Constitutional duty to the Sovereign, that being the duty to see justice done by due process of judicial law.

V.     The exercise of the powers of government to obstruct justice in the conduct of a Constitutional duty to the Sovereign.

VI.     Intentional exercise of an authority not Constitutionally granted, that being police power over the Sovereign.

VII.     Abuse of office of multiple public officials.

VIII.     Breach of Contract by multiple public officials.

## STATEMENT OF THE CASE

I, Jack H. Meyer, was issued three (3) traffic citations by Texas Department of Safety for the alleged violation of Texas Traffic Statutes, those being as follows.

a. 6/26/2009, Citation #TX094XOFR0003, for not employing my seat belt.

b. 7/13/2014, Citation #TX1352OIKC008, for not employing my seat belt & driving with an expired drivers license.

c. 5/26/2014, Citation #TX4258OPRMR8, driving with expired drivers license & Display of expired registration.

In the issuance of each of the above citations I attempted to inform the officer of the fact that I was a sovereign citizen of Texas not engaged in any act that brought me under the jurisdiction of Texas administrative statutes. That I was simply a private citizen enjoying my right to freely travel without injuring anyone and not in the authority of the State to regulate my activity in any way. Simply put, I was not in the jurisdiction of the State government and there existed no authority of the State to impede or diminish my right to drive my vehicle on my highway.

I attempted to explain how I arrived at my interpretation of the law but none of the officers indicated any interest is hearing it and promptly issued the citations.

All citations being non-jailable offenses, the officer informed me that if I did not sign the citation I would be arrested and taken to jail. I then signed all tickets with the notation "Signed Under Duress" and was allowed to go on about my business.

I then contacted the administrative tribunals having territorial jurisdiction of the citation and filed a Motion to Dismiss, Challenge of Jurisdiction, and a detailed

explanation of what their jurisdiction was, as an administrative tribunal and magistrate. I also included a detailed explanation of Police Power and a Challenge of Jurisdiction with many rulings of the Supreme Court of the United States of America on the subjects.

What followed these filings by me was a five (5) year delay of any further action in the matter of the citations by the Harrison County Justice Court Prct 4. Place 1 to which I have any notice or knowledge. I attempted on two (2) occasions, over the 5 yr. period, to find out what was going on with my citations by speaking directly with the JP, Ms Nancy Schnorbus George, but she was never available and only her office help told they didn't know anything. On one occasion I tried to speak with her in her office with the same result. To this day I have never heard her voice or seen her face. She has never appeared at any hearing or trial on the matters of these citations, only the State's attorneys and some other JP, I assume, who's name I have no knowledge of or find his name or signature on the documents of the trial of these matters he conducted.

Because of the unusual conduct of these matters, that is to say my inability to communicate with the JP Court or Justice concerning these citations, I included in my later filings a letter to Justice George asking what was going on. And, explaining the ramifications of the obvious lack of action by the JP to expend due diligence in the conduct of her office. To say the least I had some very troubling questions about her administration of her Constitutionally created office and her duty to the people who employ her.

Finally on 5/31/2014 she notified me by 1st. class mail that resolution of the matters by pretrial would begin on 8/14/2014 at 9:00am. In that notice only two (2) causes were referenced, 41-68856 and 41-68857. I had no way of determining which of the citations these causes referred to but believed that confusion would be cleared during pretrial.

The 8/14/2014 pretrial hearing was only a meeting between myself and the assistant district attorney of Harrison County. This hearing was not in the presence of the JP or in the court room. The assistant DA started the meeting by informing me that this was a serious matter and that I should surrender to his will by accepting the citations and paying the fines or suffer the full weight of the law. I promptly informed him I would not and that I would accept only the trial and by jury. This caused the young man to become more than a little upset with me and he explained that my understanding of law was so completely wrong that when combined with the letter sent to the JP it bordered on more serious violations of law of which he would also convict me. With that communicated he stood up and proceeded to leave the room. I then notified him of the challenge of jurisdiction which he was compelled to obey before any trial on the matter proceeded. He had by that time entered the courtroom where others were waiting. His reply was that the challenge was not going to be taken up and he left my presence in a very angry state. I did not then know if he meant that the challenge would not be addressed in pretrial or trial. All I knew was that he was not going to discuss the matter right then.

What followed was a notice from the JP by Certified mail on 9/11/2014 that trial was set for 10/8/2014 at 9:00am.

I arrive for trial at 8:30am and awaited my turn before the court. I find that the jury has already been selected and empanelled in the jury box. I then found out there would be no Voir Dire. When the trial begins the man presiding is unknown to me and I ask who he is and why Justice George is not conducting the proceedings. He informs me that justice George will not be conducting the trial and that he is. I believe he stated that he was the Hallsville, Texas JP and was acting in her behalf but can not be certain of that now. We proceeded with trial, he informed me of the causes against me and asked how I pleaded. I replied innocent and then reminded him there was the matter of the challenge of jurisdiction before the court and it must be resolved before any further proceedings were allowed by law. The justice bluntly stated he would not entertain any such challenge. I informed him of my objection and informed the court reporter that all of the words spoken in the trial had better be on the record. The justice informed me this court was not a court of record. I then informed him the law allowed no discretion in the Challenge, that it was not in his authority to ignore one. He then interrupted me and denied the challenge and instructed me to prove my jurisdiction. Before I could speak he informed me that the letter I had sent Justice George, which he was holding, was so serious a threat that he could charge me with threatening a judge. I then informed him that I not only objected to the denial of challenge but the entire proceedings. He replied that my only option was to accept his instructed verdict of guilty and appeal the ruling. Knowing this court was not interested in any justice and my only option was an appeal I accepted the ruling, with objection. I notified the court of my intention to appeal. The man informed me there would be a bond required and that I had ten days to file my notice of appeal with the JP court. We all then retired from the courtroom.

I then filed my notice of appeal (Exhibit 2) with the Harrison County Clerks office, tendered my $884.00 cash appeal bond and asked the Clerk, Ms Cox, what was required of me next. She replied that the Clerks office would notify me by mail.

On 11/7/2014 I received a postcard from the Harrison County Criminal District Attorney informing me of that I was to appear before the Harrison County Court at Law in the matter of cause # 2014-0801 on 11/18/2014 at 9:00am.

I appear in the Harrison County Court at Law, believing it is in the matter of my appeal to that court. The judge presiding was Judge Ammerman, who was soon to be replaced by the newly elected judge Black. Judge Ammerman wished to leave the matter of my appeal to incoming Judge Black and set no court date at this hearing. I returned home to await Judge Black's communication of his intentions in the appeal.

On 3/20/2015 I receive a USPO notice of attempt to deliver a certified mail. It is too late on this day, Friday, to pick it up at the post office and I am delayed until the following Monday, 3/23/2015, to pick up the mail. This certified mail contains: (Exibit 3a)

1.     What I believe is a judgment of the Harrison County Court at Law of failing to appear in cause # 2014-0801 on 1/20/2015, causing my appeal bond to be forfeited. (Exhibit 3b)

2.     What I believe is a form of some charge, it is a blank form, except for the hand written cause number at the top, Civil cause # 2015-9859 and typed Criminal cause # 2014-0801. (Exhibit 3c)

3.     A trial setting notice of the above noted civil and criminal causes on 9/10/2015 at 2:30pm and signed by judge Joe Black. (Exhibit 3d)

4.     A statement of Baliff, Mr. Henderson, stating I had not appeared at a

pretrial hearing/(a hand written word I can not read) on 1/20/2015 of causes 2014-0801 and or 2015-9859, and signed by Baliff Henderson. (Exhibit 3e)

5. A photocopy of the personal check I tendered for my appeal bond, that was declined and returned to me. I paid bond with a cashiers check from my local bank, copied on reverse of original photocopy. (Exhibit 3f)

6. A judgment NSIS ordering my forfeiture of bond and, I believe, my arrest for failing to appear in court on 1/20/2015 in causes 2014-0801 and or 2015-9859, being signed by judge Black. (Exhibit 3g)

I immediately stop every thing I am doing and respond via certified mail in sworn affidavit, that I do not have nor have I had any notice of any hearing or trial for any matter before the courts of Harrison Co., not a postcard, 1st class mail, certified mail or hand delivered notice. I object to the charge and remind the court that a unanswered challenge of jurisdiction exist in the matter of cause #2014-0801 which makes further proceedings without effect. I also explain that when a public official exceeds his authority he also exits his sovereign immunity. The proof of delivery card for this reply shows it was mailed and received on 3/25/2015, well within the stated time limit in the above documents of the court. (Exhibit 4)

On 7/31/2015 I receive a certified notice from the Harrison County Court of a judgment NSIS hearing in cause 2015-9859-CCL has been reset for 9/17/2015 at 2:30pm, and signed by Judge Black.

'On 9/17/2015 I appear in Harrison County Court and am promptly arrested for failing to appear at not just a hearing in Harrison County Court but three (3) additional causes before the Harrison County Justice Court Prct. 4, Place 1. To say that I am surprised would be a gross understatement. I am handed a memo by Judge Black resetting cause 2015-9859 to 10/1/2015. I am jailed in Harrison Co. Jail and put under a total of $3,500.00 bond (Exhibit 5). Being Pro Se it is now impossible for me to defend myself. It is only by the physical and financial help of friends that I make CASH bond and gain my release, which I do on the evening of 10/20/15.

In my release documents I become aware of three (3) more new causes held against me, 41-72002, 41-72003 and 41-73221. I can only assume they stem from Harrison Co JP court Prct 4, Place 1 because of the "41" numbers. I have no knowledge of any matter before that justice court. All the matters I do have knowledge of are in Harrison County Court. I now know what is afoot in Harrison Co., it is the very same tactic employed against me by the Marshall Municipal court to make life as hard as possible on me to extort my submission. They however backed down when I informed them of notice requirements of law and released me from jail. I have never failed to appear at any hearing or trial I had knowledge of. I was not notified!

I am now working to assemble my defense against all of these charges. A task that requires me to stop all other matters. My business is shut down, all other commitments I am involved in have stopped, This matter now requires all of my resources to assemble my defense. Against who? The very people we hired to protect us!

## STATEMENT OF THE FACTS

Beginning at the issuance of all traffic citations in this matter I informed all concerned they enjoyed no jurisdiction over me in my private activity. I also informed them that all administrative statutes were only internal rules and regulations of the government having no force or effect on the sovereign citizen. Subsequently, I filed under sworn affidavit documents to bring dismissal of the charges and written challenges of their jurisdiction to make or enforce law over any sovereign citizen. These documents and the force of law they invoke were disregarded, denied and the requirements of them violated by all officials involved.

Without doubt the government officials involved in this violation have acted to avoid exposure of their violations by bringing false charges against Jack H. Meyer, thereby assassinating my character, inflicting great pain, suffering and injury. They stop proceedings in the cause that is challenged and proceed with causes of their own invention, thereby keeping before the public something they believe they can control. Proceedings only and completely in the favor of the officials and all without authority.

In the process no court in which any traffic citation against Jack H. Meyer was brought has ever been prosecuted, not one out of about 15 at this time! No court, once challenged, has ever proven its jurisdiction to prosecute Jack H. Meyer. They have only acted as the Harrison County Courts are now or do nothing, leaving the matter in limbo, not prosecuted or dismissed, as the Harrison County Justice George and all other courts have.

# ARGUMENT THEREON

This case I bring before you Sirs comes down to one very clear requirement of law, Jurisdiction. Every government official I have challenged in accordance with law has neither proved jurisdiction, tried to prove jurisdiction, allowed any argument in court of jurisdiction, and denied outright the right of the accused to challenge jurisdiction. One justice even ordered me to prove my own jurisdiction. Unfortunately, I did not have my birth certificate with me at that time and could not. An error I quickly corrected!

The issue is not that jurisdiction does or does not exist, it is the failure of the court to know it exist, the failure of the court to determine that it in fact has jurisdiction when jurisdiction is brought into question and the failure to show proof to its employer when it is required by law.

When any reasonably intelligent man observes the extent to which the courts have gone to avoid proving jurisdiction it is undeniable that they DO NOT WISH TO PROVE IT. If they did this request would not be before you now. Without doubt, this problem is systemic, it is nationwide, the Supreme Law of this nation is being overthrown. And, it is being done by the very people we elected to obey and administer it.

Jurisdiction is the most important requirement of any law. It is the first and foremost matter before any court in this land. It is the one determination from which all further authority must and does stem. This one simple fact of all law is so well settled it is self evident. Without jurisdiction there can be no justice. It simply can not exist outside authority. (The laws of our intellectual nature do not allow it. "The creator has authority over it's(his) creation".)

The issue before a court has no bearing on its requirement to have jurisdiction. Jurisdiction is required by all courts and in all matters. And, for justice to be rendered the judge of that court must have personal knowledge of that jurisdiction. To believe otherwise is to leave justice to the whims of hearsay. A court can be whatever it wants if its administrator is allowed to act on whatever authority he believes he has. Any court that does is not judicial, its vigilante at best,

The requirement of jurisdiction is so fundamental to our system of justice that there is no need of any evidence for or against any allegation of lack of jurisdiction. If only the fact that it is not known by a court then this court knows authority is not present. At this point it is the duty of the Appellate Court to require proof of jurisdiction from all lower courts, our law leaves no alternative.

It should be sufficient for this court to have only a sworn allegation of failure to to prove jurisdiction, when challenged in that court, for it to order, in all courts in its district, that proof is to be produced, displayed and recorded in all courts before they may proceed. Absent that proof no jurisdiction exist, the cause does not exist, and must be dismissed. This is a nation under law, not man. The law must be obeyed! (The Constitution of the United States of America)(The Constitution of the State of Texas)

This writ of mandamus sought under the facts of this case show that a ministerial act of both the Harrison County Court at law judge, Joe Black, on appeal from, and the Harrison County Justice of the Peace Prct. 4, Place 1, Ms Nancy Schnorbus George failed to prove jurisdiction in the matter before their courts when challenged by the accused. And, when demanded in trial denied the challenge and summarily convicted the accused by instructed verdict.

Movant has repeatedly and properly requested performance but was refused.

## PRAYER

WHEREFORE, PREMISES CONSIDERED,

Movant, Jack H. Meyer, prays that this petition for a Writ of Mandamus be granted ordering the presiding judge of the Harrison County Court at Law, Joe Black, and the presiding justice of the Harrison County Justice Court, Prct. 4, Place 1, Nancy Schnorbus George, carry out their ministerial duty and prove their respective jurisdictions in the matters of Jack H. Meyer, or dismiss the causes against him.

Movant also prays that the written proof tendered for their respective jurisdiction be immediately communicated in writing to this court for its consideration, and notification to those courts and movant of your judgment thereof.

Movant also prays that this court order that all proceedings in the matter of Jack H. Meyer in the courts of Harrison Co. Texas be stopped until the judgment and order of this court is rendered, as the law requires.

Movant also prays that this court order all bonds now paid in cash by Jack H. Meyer in the matters before the Harrison Co. Courts be immediately returned to him in the instruments they were tendered. Those being the total sum of $4,384.00 US. And no further requirements of bond be placed on him in the matters before the Harrison Co. Courts.

RESPECTFULLY SUBMITTED,

\_\_\S\ Jack H.Meyer\_\_\_\_\_
Jack H. Meyer, Pro Se
403 Houston, st.
Jefferson, Texas 75657
903-665-4677

## DECLARATION

All statements made in these documents are sworn to be true and correct by the affidavit on page 1 of this document, being pages 2 through 24, with attachments #1 - #5, on the date of the affidavit.

> \S\ Jack H.Meyer
> Jack H. Meyer, Pro Se
> 403 Houston, st.
> Jefferson, Texas 75657
> 903-665-4677

## CERTIFICATE OF SERVICE

I, Jack H. Meyer, certify that a true and complete copy of this document, that being an application for a Writ of Mandamus and Motion for Leave to File, Affidavit covering the facts in the documents and all other documents included have been sent via US Certified Mail on this day __15th__ of __Oct.__, 2015 to:

1. Harrison County Court at Law, 200 W Houston, Marshall, Texas 75670
   USPO Certified mail # 7014 1820 0001 4475 3485

2. Harrison County Justice Court Prct. 4, Place 1, 200 W. Houston, Marshall, Texas 75670
   USPO Certified mail # 7014 1820 0001 4475 3478

3. Harrison County District Attorney, 200 W. Houston, Marshall, Texas 75670
   USPO Certified mail # 7014 1820 0001 4475 3492

> \S\ Jack H.Meyer
> Jack H. Meyer, Pro Se
> 403 Houston, st.
> Jefferson, Texas 75657
> 903-665-4677

1.    Exhibit #1;    Texas Standard Certificate of Birth # 11514, file # 63, of 1/31/1947 of the Movant, Jack H. Meyer.

2.    Exhibit #2;    Form 110, Instructed verdict in causes # 41-68856 & 41-68857 of 10/08/2014 before the Harrison County Justice Court, Prct 4, Place

3.    Exhibit #3;    Certified Mail letter from Harrison County Clerk, Patsy Cox, received on 3/23/2015 containing:

3a.    Certified mail envelope

3b.    Notice or Warrant? From Harrison County Clerk Cox dated 3/16/2015, stating Bond is forfeited for failing to appear.

3c.    Sheriff's Return Form, Blank, with cause # 2015-9859 handwritten.

3.d.    Trial setting notice, of 3/13/2015 setting trial on 9/10/2015 for cause #2015-9859.

3e.    Statement of Baliff, for cause 2014-0801 and 2015-9859, Filed 1/27/2015, signed by Baliff Henderson.

3f.    Photocopy of personal check tendered for appeal bond, declined by HC Clerk Cox, I have copied my carbon copy of Casher's Check which paid bond on the reverse side of this photocopy.

3g.    Judgment NSIS by Harrison County Judge Joe Black filed 1/16/2015 in cause 2015-9859.

4.    Exhibit #4;    The 3/24/2015 response letter by Jack H. Meyer to the above letter, Exhibit #3, with proof of delivery card, 4 pages.

5.    Exhibit #5:    Cash Bond Documents (4ea); # 5429 (5a), 5430 (5b), 5431 (5c), 5432 (5d). showing release  for Harrison County Jail on 9/20/2015.

6.    All other documents in my possession are notices from the courts and my written response with objection to them. Due to page limit of this petition they are omitted.

7.    I do not have possession of any warrants for my arrest. My only knowledge that they must exist is from the resulting action of the government.

8.    No further evidence of the facts stated herein is in my possession. To date no motion for discovery or subpoena for these records or evidence has made these documents available to me.

All documents attached and noted in this appendix are photocopies or scans of the original documents, which have not been altered in any way. They are true and accurate copies of the original documents. The certification of which is under the sworn affidavit which is attached to and part of the documents stated in that affidavit.

_\S\ Jack H.Meyer__
Jack H. Meyer, Pro Se
403 Houston, st.
Jefferson, Texas 75657
903-665-4677

Exhibit 1

STATE OF TEXAS — DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS
STANDARD CERTIFICATE OF BIRTH

1. PLACE OF BIRTH
COUNTY OF Harrison

CITY OR PRECINCT NO. Marshall ........ 11514

Kahn Memorial Hospital

2. FULL NAME OF CHILD Jack Handley Meyer

RESIDENCE OF THE MOTHER — STREET AND NO.

CITY Jefferson        COUNTY Marion        STATE Texas

3. SEX Male     4. TWIN, TRIPLET, OTHER     FOR PLURAL BIRTHS ONLY     5. NUMBER IN ORDER OF BIRTH

6. LEGITIMATE? Yes     7. DATE OF BIRTH Jan. 26 ... 1947

FATHER

8. FULL NAME Ernest Joseph Meyer

9. SOCIAL SECURITY NUMBER 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

10. COLOR OR RACE White     11. AGE AT LAST BIRTHDAY 35 (YEARS)

4. POSTOFFICE ADDRESS Jefferson, Texas

12. BIRTHPLACE (STATE OR COUNTRY) Jefferson, Texas

13A. TRADE, PROFESSION OR KIND OF WORK DONE Salesman

13B. INDUSTRY OR BUSINESS IN WHICH ENGAGED E. H. Meyer Grain Co.

20. NUMBER OF CHILDREN BORN TO THIS MOTHER INCLUDING THIS BIRTH 2

SIGNATURE OF INFORMANT Ernest J. Meyer

MOTHER

14. FULL MAIDEN NAME Baby Inn Handley

15. SOCIAL SECURITY NUMBER

16. POSTOFFICE ADDRESS Jefferson, Texas

17. COLOR OR RACE White     17. AGE AT LAST BIRTHDAY 28 (YEARS)

18. BIRTHPLACE (STATE OR COUNTRY) Cass Co., Texas

19A. TRADE, PROFESSION OR KIND OF WORK DONE Housekeeper

19B. INDUSTRY OR BUSINESS IN WHICH ENGAGED Own Home

21. NUMBER OF CHILDREN BORN TO THIS MOTHER AND NOW LIVING 2

ADDRESS OF INFORMANT Jefferson,

22. CERTIFICATION

I HEREBY CERTIFY TO THE BIRTH OF THIS CHILD BORN ALIVE AT 3:50 A. M. ON THE ABOVE DATE AND THE PROPHYLACTIC USED TO PREVENT OPHTHALMIA NEONATORUM WAS 1% Silver Nitrate

Wm. S. Terry     M. D.

DATE 1/30 ... 1947

FILE DATE 1/31 ... 1947

SIGNATURE OF LOCAL REGISTRAR Joe McElvrey

POSTOFFICE ADDRESS Marshall

23. FILE NUMBER 63

NOTE THE INFORMATION CALLED FOR ON THE REVERSE SIDE

Exhibit 2

FORM 110    GENERAL VERDICT FORM

CAUSE NUMBER _41-68856_
_41-68857_

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE JUSTICE COURT |
| VS. | § | PRECINCT _4_ PLACE _1_ |
| _Jack Meyer_ | § | _Harrison_ COUNTY TEXAS |

### VERDICT

### CHOOSE ONE OF THE FOLLOWING

We, the Jury, find the defendant guilty as charged and assess punishment at $_____ fine.

_____
FOREPERSON

_____
DATE

We, the Jury, find the defendant not guilty. _Instructed Verdict by Judge of Guilty — Can Appeal to County Court_

_____
FOREPERSON

_____
DATE

### INSTRUCTED VERDICT CHARGE
CAUSE NUMBER _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE JUSTICE COURT |
| VS | § | OF ____ COUNTY, TEXAS |
| | § | PRECINCT ___ PLACE ___ |

Members of The Jury:

After you retire it is your duty to choose from among your number a Foreperson. I further instruct you to acquit the defendant and enter a verdict of "not guilty."

Exhibit 3

AFTER FIVE DAYS RETURN TO

**PATSY COX**
COUNTY COURT CLERK
HARRISON COUNTY
POST OFFICE BOX 1365
MARSHALL, TEXAS 75671

**CERTIFIED MAIL**

7012 2210 0001 9444 9626

U.S. POSTAGE ≫PITNEY BOWES

ZIP 75670 $ 003.99⁰
02 1W
0001377675 MAR 17 2015

Jack Meyer
403 Houston St
Jefferson, Texas 75657-2511

75657251103

2015-9854-CCL

# THE STATE OF TEXAS

To any Sheriff or any Constable within the **State of Texas – GREETINGS:**

WHEREAS, on the 28TH DAY OF OCTOBER, 2014, in a certain prosecution pending in the COUNTY COURT AT LAW of HARRISON COUNTY, TEXAS, Cause No. 2014-0801, wherein THE STATE OF TEXAS is Plaintiff and JACK MEYER is Defendant, the said Defendant as principal together with APPEAL BOND, as sureties, did enter into a **BAIL BOND** payable to the State of Texas in the penal sum of EIGHT HUNDRED EIGHTY FOUR DOLLARS ($884.00).

CONDITIONED, that the said Defendant should make his personal appearance before said Court on the 20TH DAY OF JANUARY, 2015, then and there to answer the State of Texas upon a charge by **INFORMATION** duly presented in said Court, wherein the said Defendant is charged with the offense of TRAFFIC OFFENSE CLASS C and there remain from day to day and term to term, until discharged by due course of law; and whereas, on the 20TH DAY OF JANUARY, 2015, before said Court, then in session, said cause was called for trial, and the said JACK MEYER, wholly failed to appear and answer said accusation against him, and thereupon the **BAIL BOND** of the said JACK MEYER, was declared forfeited by said Court, and it was ORDERED, ADJUDGED and DECREED by said Court that the State of Texas do have and recover of the said JACK MEYER, as principal, the sum of EIGHT HUNDRED EIGHTY FOUR DOLLARS ($884.00) and of APPEAL BOND, as sureties, the sum of EIGHT HUNDRED EIGHTY FOUR DOLLARS ($884.00) each, and it was further ORDERED and ADJUDGED that said judgment should be made final, unless good cause should be shown on the Monday next after the expiration of twenty days from the date of service hereof, why said Defendant did not appear.

YOU ARE THEREFORE COMMANDED: That you summon the said JACK MEYER, Principal, and the said APPEAL BOND, Sureties, as aforesaid, to be and appear by filing a written answer before the said COUNTY COURT AT LAW of said HARRISON COUNTY, on or before Monday next after expiration of twenty days from the date of service hereof, then and there to show cause why said forfeiture should not be made final.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

If this citation is not served within 90 days after date of issuance, it shall be returned unserved.

Issued and given under my hand the seal of said Court at Marshall, Texas, this the 16th day of March, 2015.

Attest: PATSY COX, Clerk
County Court at Law, Harrison County, Texas
By: _____
Deputy

CIVIL CAUSE NO. 2015-9859 -CCL

CRIMINAL CAUSE NO. 2014-0801

SHERIFF'S RETURN


CAME TO HAND ON THE _____ DAY OF _____, 20____ AT

_____ O'CLOCK _____A.M., EXEUCTED IN _____

COUNTY, TEXAS, BY DELIVERING TO EACH WITHIN NAMED

DEFENDANT, IN PERSON, A TRUE COPY OF THIS CITATION, TOGETHER

WITH THE ACCOMPANYING COPY OF JUDGMENT NISI AT THE

FOLLOWING:

NAME:_____

DATE:_____

PLACE:_____

WAS NOT EXECUTED FOR THE FOLLOWING REASON:_____

_____

CERTIFICATE OF DELIVERY

I DO HEREBY CERTIFY THAT I DELIVERED TO _____

_____, ON THE ____ DAY OF _____,

20____ AT _____O'CLOCK _____.M. THIS COPY OF INSTRUMENT.

TOM McCOOL, HARRISON COUNTY SHERIFF

BY:_____

DEPUTY

2015-9859-CCL

NO. 2014-0801

FILED

JAN 27 2015

PATSY COX, CLERK COUNTY COURT
HARRISON COUNTY, TEXAS
BY _____ DEPUTY

THE STATE OF TEXAS )(  IN THE COUNTY COURT AT LAW

V. )(

Meyer, Jack Handley )(  HARRISON COUNTY, TEXAS

## STATEMENT OF BAILIFF

On the date shown below, the above styled and numbered case was called by the judge for: (check applicable blank)

1. _____ Arraignment

2. _____ Trial before the Court

3. _____ Trial by jury

4. _____ Revocation Hearing

5. ___✓___ Pre-trial Hearing/Mantataon

The defendant did not appear.

At the behest of the judge presiding, and on the date shown below, I, acting as the duly qualified Bailiff of the above named court, did distinctly, and three times, call the name of the above referenced defendant at the courthouse door, and the said defendant did not respond, nor was there any indication from anyone that the said defendant was present.

Done and said this _20_ day of _January_, 20_15_.

_____
Bailiff

_____
Bailiff's printed name




CIVIL CAUSE NO. 2015-9859-CCL

CRIMINAL CASE NO. 2014-0801

| | | |
|---|---|---|
| THE STATE OF TEXAS | )( | IN THE COUNTY COURT FILED |
| VS. | )( | AT LAW    MAR 16 2015 |

PATSY COX, CLERK COUNTY COURT
HARRISON COUNTY, TEXAS
BY

JACK MEYER

)(     HARRISON COUNTY, TEXAS

## JUDGMENT NISI

On the 20TH DAY JANUARY, this cause was called for trial and thereupon came the State of Texas by her Criminal District Attorney, but the Defendant, JACK MEYER failed to appear and answer in his behalf, and thereupon his name was called distinctly three times at the door of the Courthouse, and a reasonable time given him after such call was made in which to appear; yet, the said Defendant came not, but wholly made default.

And it appearing to the Court that the Defendant, JACK MEYER, together with APPEAL BOND, on the 28TH DAY OF OCTOBER, 2014, did enter into a BAIL BOND, payable to the State of Texas, in the penal sum of EIGHT HUNDRED EIGHTY FOUR DOLLARS ($884.00) conditioned that the Defendant, as principal, should well and truly make his personal appearance, instanter, before the Honorable County Court at Law of Harrison County, Texas, at the Courthouse of said County, in Marshall, Texas, at the present term of said Court, and there to remain from day to day and term to term of said Court until discharged by due course of law, then and there to answer the State of Texas upon a charge by information therein filed accusing him of the offense of TRAFFIC OFFENSE CLASS C. It is therefore considered by the Court that the State is entitled to a forfeiture of said BAIL BOND, and it is ORDERED, ADJUDGED and DECREED by the Court that the State of Texas do have and recover of and from the said JACK MEYER, Principal, the sum of EIGHT HUNDRED EIGHTY FOUR DOLLARS ($884.00); and in like manner that the State of Texas do have and recover of and from the said APPEAL BOND, the sum of EIGHT HUNDRED EIGHTY FOUR DOLLARS ($884.00) each, and that this judgment will be made final unless good cause be shown on the Monday next after the expiration of twenty days from the date citation is served, why said Defendant did not appear.

It is further ordered that an alias capias issue for the re-arrest of said Defendant.

JUDGE, COUNTY COURT AT LAW
HARRISON COUNTY, TEXAS

Exhibit 4

# AFFIDAVIT OF FACT

**STATE OF TEXAS**
**COUNTY OF MARION**

BEFORE ME, the undersigned Notary, _ROBIN J MOORE_, on this day personally appeared Jack H. Meyer of 403 Houston st. Jefferson, Texas 75657, personally known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

I received on the 20th of March a notice of attempt to deliver a certified mail, #7012 2210 0001 9444 9626, by the US Postal Service. Due to the late pickup of the daily mail I was unable to secure that certified mail at the US Post Office of Jefferson Tx. util about 4:00pm on the following Monday, the 23rd of March 2015. Upon reading that mail I discovered the Judge of the Harrison County Court at Law has ordered the "Rearrest" of myself for "Failure to appear at what appears to be a "Pre-trial Hearing of my appeal to that court, criminal cause No. 2015-9859-CCL (2014-0801). The remaining hand written text on that line of the statement of the Bailiff is unreadable.

Also, said judge of said court has order the forfeiture of the $884.00 appeal bond which I have given as surety of my appearance before that court when notified. I can only assume that the copy of my original payment of the bond by personal check, dated 10/20/2014 for the sum of $884.00, is included as some kind of proof that bond was given in this appeal. However, that check was declined by the County Clerk in favor of a bank certified check for the same amount, which was given on the 23rd of October 2014 at a cost to me of $888.00.

The check copied and included in this notice of default can only be a copy due to the fact that my original payment by personal check was returned to me when I turned in the certified check from the FNB Jefferson Tx. on the 23rd of Oct. to and by the Harrison county clerk, Mrs. Cox.

My final and parting question to Mrs. Cox was "what should I expect to be the next step in my appeal?". Mrs. Cox stated that it would be a notice of the court of the hearing date and place. With that I returned to Jefferson Tx. and my personal business.

Also, the certified notice received on March 23rd is dated as being filed on March 16, 2015. This is about a full 5 months after my notice of appeal and almost 2 months after my alleged failure to appear. With this is included a notice of trial on the 10th of Sept. 2015 at 2:30pm. This is 1 month short of a full year since the appeal was filed.

To this certified notice I respond as follows.

1.      I object to its information as being almost totally FALSE!

2. I am a **Sovereign Citizen of the State of Texas and the United States of America.** I have not contracted away in any manner any of my God given and Constitutionally protected Rights. I bring before this court **"Constitutional Matters and Issues".** You are now required to revert to your primary and highest duty as a "Judicial Judge" over a Judicial Court of the State of Texas and adjudicate my case and challenge.

3. I have never been notified of any hearing in the matter of my appeal in this case, #2015-9859-CCL (2014-0801) by any means. Had I been noticed of any hearing in this case I would have appeared, for multiple reasons, the least of which is the loss of $888.00.

4. In the certified notice from the Harrison County Court there is no mention that I was notified to appear for what I believe was a pre-trial hearing, it simply states that I did not appear, which is true. However, absent any notice of hearing it is impossible that I could have appeared, and the claimed default has not happened.

5. To be "Rearrested" one must be previously arrested. I have never been arrested in this case! I have been threatened by the citing officer with arrest if I did not sign the citation issued. All citations issued, these included, have been signed "Under Duress". Duress being the threatened arrest by the armed officer of the law.

6. There appears on all of the documents sent me in this certified mail post marked as being in Shreveport La. On the 15th of March NO seal of the court! Absent the seal of the court these documents amount to nothing more than a personal letter to me, no different than a Christmas card.

7. The above mentioned certified mail documents are marked as filed on the 16th of March 2015 and the envelope in which they were mailed is post marked as being in Shreveport La. On the 15th of March 2015. May I ask how a document in a sealed envelope and in the post office of Shreveport La be filed a day later in Marshall Tx.? If the documents filed on the 16th are truly stamped on that date then it is impossible for that stamp to be impressed through the envelope on the 15th and most certainly the reach of that stamp can not be Shreveport La. The same is true of the seal of the court!

8. All of the above taken in sum is obviously nothing more than another blatant attempt by the administration of the City of Marshall Tx. and Harrison Co. Tx to engage in a conspiracy to defraud Jack H. Meyer of his God given and Constitutionally protected rights.

9. The jurisdiction of my accuser and the administrative court has been challenged by me. A challenge of jurisdiction by the creator (also the employer, also the Sovereign) leaves NO Discretion to the created (also the employee, also the fiction). Any challenge to any employee is purely an administrative matter WITHOUT any discretion allowed. Simply put, it can not be denied or avoided by any means. The PERSONS challenged have only two options, prove jurisdiction or dismissal of the matter at hand. That is to say, the person must cease what is questioned by the creator or prove where the creator has given authority to do what is questioned.

Clearly, this is not the wish of the government officials involved in this matter. It appears those involved wish to do whatever they believe they can get away with to avoid admission that no jurisdiction exist and disobedience of the laws of this nation and state. The SWORN duty of all public employees is to administer the law of their creator and employer by OBEYING it.

Clearly, those actions demonstrate that their action and lack of action is done with knowledge that no jurisdiction exist. If this were not the case then the matter would be quickly and efficiently resolved by simply proving jurisdiction, which no one has to date done. To the contrary, you have done all that you can to fool or coerce everyone into believing anyone has authority over their creator and employer.

10. You have been informed by me on repeated occasions for years now of the above information of fact. You have had every opportunity to investigate my claims and see that justice is done but, you do not. This lack of action alone is a demonstration of intentional will to break the law of this land. A law I must remind you again to which there exist NO excuse of ignorance, and once authority is exceeded sovereign immunity is lost.

11. I now repeat my Challenge of Jurisdiction of my accuser and the administrative courts of this nation and state and request a pre-trial hearing in which this jurisdiction is proven or the case be dismissed.

12. I have been and remain available for appearance before the court at almost any time. I only require timely notice of the event, in accordance with the laws of this nation and state.

13. All Right Reserved, Without Prejudice!

All of the statements contained in this document are made by me from my own personal knowledge of the facts stated therein and are true and correct to the best of my ability.

Sworn to and subscribed before me on the ___24th___ day of ___March___, 2015, by

___Jack H Meyer___ (name of affiant)

___Robin J Moore___
Notary Public's Signature

ROBIN J. MOORE
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 8-25-2015
Seal

Page 3 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harrison Co. Court at Law
Harrison Co. Clerk's office
P. Ox 1345
Marshall Tx. 75671

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tom Rockwell
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Tom Rockwell    3.05.15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 1830 0002 6268 9277

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

Exhibit 5

## CASH BOND

Bond No. 5428

Arrest Date _____
Court Date _____

8:00 AM / 8:30 AM

THE STATE OF TEXAS

COUNTY OF HARRISON) KNOW ALL MEN BY THESE PRESENTS:

THAT I, _____ am held and firmly bound unto the State of Texas in the penal sum of _____ ($_____) Dollars, for the payment of which sum, well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by Peace Officers in rearresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITION OF THE ABOVE, OBLIGATION IS SUCH that whereas I, the principal herein, stand charged with a misdemeanor/felony, to-wit: _____

Now, I swear that I will appear before the _____ Court of Harrison County, Texas, located at _____ Harrison County, Texas, on the _____ day of _____ AD 20____, at _____ o'clock A.M., or upon notice by the Court, or pay to the Court the principal sum of _____ ($_____) Dollars plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; otherwise to remain in full force and effect.

Signed and dated this the _____ day of _____, 20 ____.

Principal                      Surety

_____       _____
Signature                     Signature

_____       _____
Address                      Address

_____       _____
City, State, Zip              City, State, Zip

_____ ST TX       _____ ST TX
Driver's License Number       Driver's License Number

_____       _____
Phone Number              Phone Number

_____
Received By

White - Bookkeeper    Green - DA    Pink - Auditor    Yellow - Defendant

*CASH BOND*

Bond No. 5430

Arrest Date _7-19-2013_
Court Date _____
_____ 8:00 AM / 8:30 AM

THE STATE OF TEXAS
COUNTY OF HARRISON} KNOW ALL MEN BY THESE PRESENTS:

THAT I, _____ am held and firmly bound unto the State of Texas in the penal sum of _____ ($ _____ ) Dollars, for the payment of which sum, well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by Peace Officers in rearresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITION OF THE ABOVE, OBLIGATION IS SUCH that whereas I, the principal herein, stand charged with a misdemeanor/felony, to-wit: _____
_____

Now, I swear that I will appear before the _____ Court of Harrison County, Texas, located at _____ Harrison County, Texas, on the _____ day of _____ AD 20 ____, at _____ o'clock A.M., or upon notice by the Court, or pay to the Court the principal sum of _____ ($ _____ ) Dollars plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; otherwise to remain in full force and effect.

Signed and dated this the _____ day of _____ 20 __.

| Principal | Surety |
|---|---|
| _____ | _____ |
| Signature | Signature |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| City, State, Zip | City, State, Zip |
| _____ ST _TX_ | _____ ST _TX_ |
| Driver's License Number | Driver's License Number |
| _____ | |
| Phone Number | Phone Number |

_____
Received By

White - Bookkeeper    Green - DA    Pink - Auditor    Yellow - Defendant

## CASH BOND

Bond No. 5431

Arrest Date _1-27-_____
Court Date _____
_____ 8:00 AM / 8:30 AM

THE STATE OF TEXAS
COUNTY OF HARRISON; KNOW ALL MEN BY THESE PRESENTS:

THAT I, _____ am held and firmly bound unto the State of
Texas in the penal sum of _____ ($ _____ )
Dollars, for the payment of which sum, well and truly to be made, and in addition all necessary and reasonable fees and
expenses that may be incurred by Peace Officers in rearresting me in the event the conditions of this bond are violated,
I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH that whereas I, the principal herein, stand charged with
a misdemeanor/felony, to-wit: _____
_____

Now, I swear that I will appear before the _____ Court of Harrison County, Texas,
located at _____ Harrison County, Texas, on the _____ day of _____,
AD 20_____, at _____ o'clock A.M., or upon notice by the Court, or pay to the Court the principal sum of
_____ ($ _____ ) Dollars
plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term
to term of said personal appearance in any and all subsequent proceedings that may be had relative to said charge in the
course of the criminal action based on said charge, this obligation shall become void; otherwise to remain in full force and
effect.

Signed and dated this the _____ day of _____, 20 ____.

| Principal | Surety |
|---|---|
| | |
| Signature | Signature |
| | |
| Address | Address |
| | |
| City, State, Zip | City, State, Zip |
| ST _TX_ | ST _TX_ |
| Driver's License Number | Driver's License Number |
| | |
| Phone Number | Phone Number |

_____
Received By

White - Bookkeeper     Green - DA     Pink - Auditor     Yellow - Defendant

## CASH BOND

Bond No. 5432

Arrest Data _7-19-2013_
Court Date _____
_____ 8:00 AM / 8:30 AM

THE STATE OF TEXAS
COUNTY OF HARRISON} KNOW ALL MEN BY THESE PRESENTS:

THAT I, _____ am held and firmly bound unto the State of Texas in the penal sum of _____ ($ _____) Dollars, for the payment of which sum, well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by Peace Officers in rearresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH that whereas I, the principal herein, stand charged with a misdemeanor/felony, to-wit: _____
_____

Now, I swear that I will appear before the _____ Court of Harrison County, Texas, located at _____ Harrison County, Texas, on the _____ day of _____, AD, 20 _____, at _____ o'clock A.M., or upon notice by the Court, or pay to the Court the principal sum of _____ ($ _____) Dollars, plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; otherwise to remain in full force and effect.

Signed and dated this the _____ day of _____, 20 ____.

| Principal | Surety |
|---|---|
| X_____ | X_____ |
| Signature | Signature |
| _____ | _____ |
| Address | Address |
| _____ | _____ |
| City, State, Zip | City, State, Zip |
| _____ ST ____ | _____ ST ____ |
| Driver's License Number | Driver's License Number |
| _____ | _____ |
| Phone Number | Phone Number |

_____
Received By

White - Bookkeeper    Green - DA    Pink - Auditor    Yellow - Defendant